**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BERNARD TER KEURST,**

     **Plaintiff,**

**vs.**                                                                                    **Case No.:**

**DATALINK, LLC,**
**a Florida Limited Liability Company,**

     **Defendant.**

_____/

## COMPLAINT

Plaintiff, BERNARD TER KEURST, by and through his undersigned counsel, sues the Defendant, DATALINK, LLC, hereinafter referred to as "Defendant" or "DATALINK," a Florida Limited Liability Company, and states as follows:

### JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, 1367, and the Age Discrimination in Employment Act of 1967 (hereinafter "ADEA"), 29 U.S.C. § 621, *et seq*.

2.    Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

### ADMINISTRATIVE PREREQUISITES

3.    All conditions precedent to bringing this action have occurred.

4.    Plaintiff, BERNARD TER KEURST, timely filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and Florida Commission on Human Relations (FCHR) on or about May 5, 2020.

5. More than 60 days has passed since the filing of his charge.

6. Defendant, DATALINK, is an employer as defined by the laws under which this action is brought and employ the required number of employees.

## PARTIES

7. Plaintiff, BERNARD TER KEURST, is a resident of Temple Terrace, Hillsborough County, Florida.

8. Defendant, DATALINK, is a Florida Limited Liability Company, authorized to and conducting business in the State of Florida.

## GENERAL ALLEGATIONS

9. At all times material herein, Defendant acted with malice and reckless disregard for Plaintiff's federally protected rights.

10. At all times material herein, Plaintiff was qualified to perform his job duties within the legitimate expectations of his employer.

11. Plaintiff has been required to retain the undersigned counsel to represent him in this action and is obligated to pay them a reasonable fee for their services.

## FACTUAL ALLEGATIONS

12. Plaintiff, BERNARD TER KEURST, is 49 years old.

13. In approximately February 2019, Plaintiff was interviewed and hired by Michael Schopke (Chief Financial Officer) to work as the Director of Financial Analysis.

14. In or around September 2019, Datalink eliminated the CFO position, changed the title to VP of Finance and hired a young female in her late 20's/early 30's named Ellyanah "Elly" Hernandez to fill this role.  Mr. Schopke was then moved into the position of Chief Operations Officer.

15.     In or around September 2019, after Mr. Schopke became COO, he told Plaintiff that he would get a "young person" from their Colorado office to handle the project if Plaintiff could not figure out how to automate the financials.  Plaintiff proceeded to automate the software by himself.

16.     The VP of Human Resources' daughter (who was extremely young) was then hired and she received Plaintiff's lower-level duties while most of Plaintiff's duties were assumed by Elly.  Elly did not have her CPA license at this time and was less experienced than Plaintiff.

17.     In or around October 2019, Elly terminated Plaintiff's employment.

## COUNT I

## <u>AGE DISCRIMINATION PURSUANT TO<br>THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 ("ADEA")</u>

18.     Plaintiff realleges and adopts, as if set out in full hereafter, the allegations contained in Paragraphs 1 through 17 above.

19.     Plaintiff is a member of a protected class under the Age Discrimination in Employment Act of 1967 (hereinafter "ADEA"), 29 U.S.C. § 621, *et seq.*

20.     By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of age in violation of the ADEA.

21.     Defendant knew, or should have known, of this discrimination.

22.     As a result of Defendant's unlawful discrimination, Plaintiff has suffered and will continue to suffer damages.

**WHEREFORE,** Plaintiff, BERNARD TER KEURST, prays for a judgment against the Defendant, DATALINK, and the following relief:

a.      Back pay and benefits;

b.      Interest on back pay and benefits;

c.      Front pay and benefits;

d.      Liquidated damages;

e.      Any other damages allowable at law;

f.      Injunctive relief;

g.      Attorneys' fees and costs; and

h.      For any other relief this Court deems just and equitable.

## COUNT II
## FLORIDA CIVIL RIGHTS ACT- AGE DISCRIMINATION

23.     Plaintiff realleges and adopts, as if set out in full hereafter, the allegations contained in Paragraphs 1 through 17 above.

24.     Plaintiff is a member of a protected class under the Florida Civil Rights Act.

25.     By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of age in violation of the Florida Civil Rights Act, Florida Statutes Chapter 760.

26.     Defendant knew, or should have known of the discrimination.

27.     As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages.

WHEREFORE, Plaintiff, BERNARD TER KEURST, prays for the following damages against Defendant, DATALINK:

a.      Back pay and benefits;

b.      Interest on back pay and benefits;

c.      Front pay and benefits;

d.      Compensatory damages for emotion pain and suffering;

e.      Punitive damages;

f.      For costs and attorney's fees;

g.    Injunctive relief;

h.    For any other relief this Court deems just and equitable.

**<u>DEMAND FOR JURY TRIAL</u>**

28.    Plaintiff requests a jury trial for all issues so triable.

**DATED** this 13th day of August, 2020.

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Miguel Bouzas*
**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
Primary:      miguel@fgbolaw.com
Secondary:    gina@fgbolaw.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

*Trial Attorneys for Plaintiff*