UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20-cv-01889-KKM-AAS

BERNARD TER KEURST,

    Plaintiff,

v.

DATALINK, LLC, a Florida Limited
Liability Company,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, BERNARD TER KEURST, and Defendant, DATALINK, LLC, (collectively "the Parties"), through their respective undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire action, with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

By: */s/*Candace D. Cronan
Candace D. Cronan, Esquire
Florida Bar No. 90983
MCGUINNESS & CICERO
1000 Sawgrass Corporate Pkwy
Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832
Facsimile: (954) 838-8842
E-mail: Candace.Cronan@mc-atty.com
         Jennifer.Colina@mc-atty.com
         eservice@dmc-atty.com
*Counsel for Defendant,*
*DATALINK, LLC*

By: */s/*Miguel Bouzas
Miguel Bouzas, Esquire
Florida Bar No. 48493
Wolfgang M. Florin, Esquire
Florida Bar No. 907804
FLORIN GRAY BOUZAS OWENS, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Main: (727) 254-5255
Facsimile: (727) 483-7942
E-mail: miguel@fgbolaw.com
         wolfgang@fgbolaw.com
         gina@fgbolaw.com
*Counsel for Plaintiff,*
*BERNARD TER KEURST*